UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03157
    EDUARDO T DAVID

                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK


        Debtor
    SSN XXX-XX-8513

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/23/07 and confirmed on 06/07/07.

    2.  The case was dismissed after confirmation, 09/21/2007.

    3.  The Debtor paid a total of $   203.07 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN SUZUKI FINANCIA | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 859.07 | .00 | .00 |
| SUPERIOR ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| TECH FEDERAL CREDIT UNIO | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| TORRES CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN INDIANA PUB SER | UNSECURED | 468.00 | .00 | .00 |
| US EMPLOYEES CREDIT UNIO | UNSECURED | 12469.59 | .00 | .00 |
| UNIVERSITY FIDELITY CORP | UNSECURED | NOT FILED | .00 | .00 |
| PATRICK A MESZAROS | REIMBURSEMENT | 9.00 | .00 | 9.00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 647.10 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 312.92 | .00 | .00 |

            Summary of disbursements:
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 9.00 | 14756.68 | .00 | 14765.68 |
| PRINCIPAL PAID | .00 | 9.00 | .00 | .00 | 9.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 9.00 | .00 | .00 | 9.00 |

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $  3000.00
and was paid $   188.79 .

The Trustee received $     5.28 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


Dated: 12/19/07                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE


                          PAGE   2
         CASE NO. 07 B 03157 EDUARDO T DAVID